**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-6690**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

SYLVESTER CRUSE, JR.,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:12-cr-00146-FDW-3)

———————————

Submitted:  November 19, 2024               Decided:  November 22, 2024

———————————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Sylvester Cruse, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvester Cruse, Jr., appeals the district court's order denying his "Motion for Compassionate Release" and his "Motion for Sentence Reduction," which were both brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. We have reviewed the record and conclude that the district court did not abuse its discretion in denying Cruse's motions. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Cruse*, No. 3:12-cr-00146-FDW-3 (W.D.N.C. July 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*